IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00061 CW |
| Plaintiff, | ORDER DENYING REQUEST FOR RE-SENTENCING |
| v. | |
| HAVERT WILTON, III, | |
| Defendant. / | |

Defendant Havert Wilton III has filed a letter requesting that the Court re-sentence him under "the new sentencing guidelines" that "have a 1 - 1 ratio and not the 100 - 1 ratio" under which he was sentenced.

Defendant plead guilty to distributing approximately 6.9 grams of a mixture containing a detectable amount of cocaine base in the form of crack cocaine in violation of Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii).  In the plea agreement, Defendant acknowledged that a violation of these statutes subjected him to a statutory mandatory minimum prison sentence of five years.  Plea Agreement at § 1 (Docket # 16).

Defendant had a total offense level of 21 and a criminal history category of II which resulted in a guideline range of forty-one to fifty-one months.  However, this is below the mandatory minimum sentence of sixty months imprisonment which must be imposed for the crime to which Defendant plead guilty.

Defendant was not sentenced under the Guidelines, but was sentenced to the mandatory minimum sentence required for the

offense to which he plead guilty.  Because Defendant was not sentenced under the Guidelines, no change in the Guidelines would affect his sentence.  Defendant's request for re-sentencing is denied.

IT IS SO ORDERED.

Dated: July 21, 2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAVERT WILTON,

    Defendant.

Case Number: CR09-00061 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Havert Wilton
12418-111
Federal Prison Camp
3705 west Farm Road
Lompoc, CA 93436-2756

Dated: July 21, 2010

Richard W. Wieking, Clerk
By: Ronnie Hersler, Adm Law Clerk

3